Susan LANE,
Plaintiff/Respondent/Cross–Appellant,

v.

Phyllis LANE–JORDAN,
Defendant/Cross–
Respondent,

and

Middlewest Properties, LLC, Louis Glaser, Daniel Rosenbloom, Defendants,

and

Georgetown Mortgage Profit Sharing Trust, Defendant/Appellant.

Nos. ED 99122, ED 99131.

Missouri Court of Appeals, Eastern District.

Nov. 26, 2013.

Rehearing Denied Jan. 30, 2014.

Lawrence Hartstein, Clayton, MO, for Appellant Attorneys.

Steven Spoeneman, Ronald Ribaudo Clayton, MO, for Susan Lane.

Phyllis Lane Jordan, St. Louis, MO, pro se.

Before ROBERT M. CLAYTON, III, C.J., LISA S. VAN AMBURG, P.J., GARY M. GAERTNER, JR., J.

### ORDER

PER CURIAM.

Georgetown Mortgage Profit Sharing Trust appeals the trial court's judgment, entered upon a jury verdict in favor of Susan Lane for wrongful foreclosure. Lane cross-appeals, contending the trial

court erred in refusing to award her pre-judgment interest.

The evidence sufficiently supports the jury's verdict. No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum setting forth the reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).